UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHAR MEFTAH,<br>    Plaintiff,<br>    v.<br>JOHN KRAMAR, et al.,<br>    Defendants. | Case No. 18-cv-00929-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a motion to dismiss on July 26, 2018. Currently, the motion is set for a court hearing on September 13, 2018. Pro se Plaintiff Tahar Meftah is pursuing this action without legal representation. According to the local court rules, Plaintiff should have filed any brief in opposition to Defendant's motion by August 9, 2018. *See* Civ. L.R. 7-3(a). Defendant mistakenly calendared the opposition deadline as August 13, 2018. In any event, the court has received no such opposition.

<u>The court ORDERS Plaintiff to respond by **August 27, 2018** and explain the failure to respond to the motion. In addition, Plaintiff must simultaneously (1) submit an opposition to the court or (2) file a statement of non-opposition to the motion.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission. If Plaintiff does not respond by August 27, 2018, Defendant's motion may be granted or the case may be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 15, 2018

_____
Donna M. Ryu
United States Magistrate Judge