# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAHAR MEFTAH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN KRAMAR, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-00929-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 14 |

On August 15, 2018, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than August 27, 2018 explaining Plaintiff's failure to respond to Defendants' motion to dismiss. [Docket No. 14.] The Order to Show Cause stated that failure to respond by August 27, 2018 may result in dismissal of this action. Plaintiff did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 29, 2018



Donna M. Ryu
United States Magistrate Judge